# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-2543
_____

R.J.R.,

Appellant,

v.

G.R.S., In Re: The Matter of
B.L.S.,

Appellee.

_____


On appeal from the Circuit Court for Santa Rosa County.
Darlene F. Dickey, Judge.



April 12, 2024


PER CURIAM.

DISMISSED. *N.S.H. v. Dep't of Child. & Fam. Servs.*, 843 So. 2d 898 (Fla. 2003) (approving procedure that includes dismissal when, after counsel withdraws, the appellant fails to timely file his or her own brief in support of appeal of termination of parental rights).

LEWIS, ROBERTS, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

R.J.R., pro se, Appellant.

No appearance for Appellee.